IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERIN M. DOHERTY and
KELLY M. DOHERTY,

    Plaintiff,

v.

STATE FARM LIFE AND ACCIDENT
ASSURANCE CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-330-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State Farm Life and Accident Assurance Co., granting its motion for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_2/4/13_
Date